DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTIJUAN JOHIEN HOLMES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1300

[October 29, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Hon. Michael C. Heisey, Judge; L.T. Case No. 562022CF003017B.

Daniel Eisinger, Public Defender, and Summer Hill, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Rivera v. State,* 336 So. 3d 738 (Fla. 4th DCA 2022).

CIKLIN, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***